# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHISOM OSIAGWU

VERSUS

CARTER J. HUNT AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.  2019 CW 1360

**FEB 1 8 2020**

---

In Re:    State  Farm  Mutual  Automobile  Insurance  Company  and
          Carter  Hunt,  applying  for  supervisory  writs,  19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 682519.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT  DISMISSED.**   This  writ  application  is  dismissed
pursuant  to  relators'  motion  advising  the  parties  have
compromised  their  differences  and  requesting  that  this  writ
application be dismissed.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT